No. 86–6212.  MOORE v. JONES, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 86–6214.  WESTFALL v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 86–6231.  CLIFTON v. COOK, WARDEN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 86–6232.  WHITE v. OHIO.  Ct. App. Ohio, Gallia County. Certiorari denied.

No. 86–6239.  MARTIN v. LEWIS ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 86–6240.  JACKMAN v. REES, WARDEN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 86–6242.  GRAVES v. OHIO.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 86–6245.  BENEDICT v. NEW YORK.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.

No. 86–6254.  COLLATT v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 86–6257.  COLE v. CHRANS, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 86–6258.  DITSCH v. BUCKLEY.  C. A. 1st Cir.  Certiorari denied.

No. 86–6260.  MAGEE v. BORG, WARDEN, ET AL.  Sup. Ct. Cal.  Certiorari denied.

No. 86–6267.  SATTERWHITE v. LYNAUGH, INTERIM DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 86–6268.  STARKES v. LYNAUGH, INTERIM DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 86–6271.  BERTRAM v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.